**29 So.2d 60**

**Sarah B. OSBORNE v. MOSSLER ACCEPTANCE CORPORATION et al.**

**No. 38192.**

Dec. 13, 1946.

J. S. Pickett, of Many, for plaintiff, relator.

Sidney I. Foster, of Leedsville, for defendant, appellee.

HAMITER, Justice.

For the reasons assigned in the cause entitled Osborne v. Mossler Acceptance Corporation et al., 210 La. 1048, 29 So.2d 58, the judgment of the Court of Appeal herein is reversed and set aside, the motion to dismiss the appeal is now overruled, and the case is remanded to that court for further proceedings according to law. Defendant shall pay the costs of the proceedings in this court; all other costs shall await the final determination of the litigation.